UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DERRICK COLEMAN,

                           Plaintiff,

                                                            DECISION AND ORDER

                                                            05-CV-6107L

                         v.

DOCTOR SUTTON M.D.,
R.N. WELLBURN, sued in their
individual and official capacities,

                           Defendants.
_____

       Plaintiff, Derrick Coleman ("Coleman"), proceeding *pro se,* has moved for summary judgment (Dkt. #9). Defendants oppose the motion by letter dated August 2, 2006, on the ground that discovery has not been completed and that plaintiff has not been deposed.

       At this time, as to plaintiff's claims, there does appear to be material issues of fact and dispute and, therefore, summary judgment must be denied.

CONCLUSION

       Plaintiff's motion for summary judgment (Dkt. #9) is in all respects denied.

       IT IS SO ORDERED.

                                            _____
                                               DAVID G. LARIMER
                                             United States District Judge

Dated: Rochester, New York
       September 11, 2006.